USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/31/2017

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
DISTRICT COUNCIL NO. 9 INTERNATIONAL                               :
UNION OF PAINTERS AND ALLIED TRADES,                               :
A.F.L.-C.I.O,                                                      :      17-CV-5765 (JMF)
                                                                   :
                              Plaintiff,                           :      MEMORANDUM OPINION
                                                                   :           AND ORDER
      -v-                                                          :
                                                                   :
                                                                   :
SILVER LINE DÉCOR, LLC,                                            :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

JESSE M. FURMAN, United States District Judge:

On July 31, 2017, Plaintiff filed a Petition to Confirm Arbitration. (Docket No. 1). On August 1, 2017, the Court set a briefing schedule for Plaintiff's submission of any additional materials in support of the Petition, Defendant's opposition, and Plaintiff's reply. (Docket No. 4). Plaintiff served Defendant with the Petition, supporting materials, and the briefing schedule. (Docket Nos. 7, 8). Pursuant to the briefing schedule, Defendant's opposition was due no later than August 28, 2017. (Docket No. 4). To date, however, Defendant has neither responded to the petition nor otherwise sought relief from the Award.

The Court must treat the Petition, even though unopposed, "as akin to a motion for summary judgment based on the movant's submissions." *Trustees for Mason Tenders Dist. Council Welfare Fund, Pension Fund, Annuity Fund & Training Program Fund v. Capstone Const. Corp.*, 11-CV-1715 (JMF), 2013 WL 1703578, at *2 (S.D.N.Y. Apr. 19, 2013) (discussing in depth the legal standards for resolving unopposed petitions to confirm arbitration awards). After reviewing the petition and the supporting materials, the Court finds that there is

no genuine issue of material fact precluding summary judgment as to all portions of the Award, as the Arbitrator's decision provides more than "a barely colorable justification for the outcome reached." *Id.* at *3 (internal quotation marks omitted). Nor is there any justification under Section 10(a) of the Federal Arbitration Act for vacating the Award. Accordingly, the Court grants Plaintiff's unopposed petition to confirm the entire Award.

Plaintiff is directed to submit a proposed Judgment consistent with this Memorandum Opinion and Order to the Orders and Judgments Clerk of this Court by **September 7, 2017**. The conference scheduled for September 13, 2017, is CANCELLED.

SO ORDERED.

Dated: August 31, 2017
      New York, New York

JESSE M. FURMAN
United States District Judge